IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00398-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MIGUEL LERMA CRUZ,
    *a/k/a Danny Ortega*,

       Defendant.

---

**MOTION FOR COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241(a) AND TO WITHDRAW ORAL MOTION FOR SANITY EVALUATION**

---

      Mr. Cruz, through his counsel David Johnson and Natalie Stricklin, and pursuant to 18 U.S.C. § 4241(a) requests this Court appoint an evaluator, specifically Dr. Melanie Heto, Psy.D., for the purpose of performing a competency evaluation.

      1.     On June 1, 2018, Mr. Cruz appeared for a change of plea hearing. At that hearing, Mr. Cruz, through a written letter, expressed concerns regarding his competency to proceed. *See also* ECF No. 39. After discussion on the record, defense counsel orally moved for a competency evaluation. That motion was granted and counsel was ordered to submit a proposed order.

      2.     Upon request from counsel, the Court additionally ordered a sanity evaluation be conducted. Counsel now withdraws the request for a sanity evaluation.

      3.     Pursuant to 18 U.S.C. § 4241(a), Counsel and Mr. Cruz persist in their request for a competency evaluation.

      4.     Counsel has contacted Dr. Melanie Heto whose CV is attached to this motion. Dr. Heto stated she would be willing to conduct a competency evaluation in this

case. Further, Dr. Heto is available to conduct to a competency evaluation in Mr. Cruz's native language, Spanish.[1] Mr. Cruz requests that this Court order Dr. Heto to conduct the competency evaluation in this case.

5. Mr. Cruz requests that the competency evaluation be limited to an inquiry regarding whether Mr. Cruz is presently suffering from a mental illness which renders him unable to comprehend the nature of the proceedings against him or reasonably assist in his defense. Counsel requests that the evaluator not question Mr. Cruz about the instant offense beyond what is necessary to determine competency.

6. Undersigned counsel have conferred with AUSA Emily May. Ms. May confirmed that the government does not object to the Court appointing Dr. Heto to conduct a competency evaluation.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David Johnson
DAVID JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant

---

[1] Mr. Cruz is a United States citizen, and he does know some English. However, during court he requests the assistance of a Spanish-speaking interpreter and he frequently prefers to communicate through an interpreter.

And

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I filed the foregoing ***Defendant's Motion for Competency Evaluation Pursuant to 18 U.S.C. § 4241(A) and to Withdraw Oral Motion for Sanity Evaluation*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Colleen Covell, Assistant United States Attorney
E-mail: colleen.covell@usdoj.gov

Emily M. May, Assistant United States Attorney
E-mail: emily.may@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Miguel Lerma Cruz (via U.S. mail)
Reg. No. 44436-013
c/o GEO – Aurora

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant